Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

FILED
JAN - 3 2018
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

**FORM TO BE USED IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
(Prisoner Complaint Form)

18 CV - 12

All material filed in this Court is now available via the **INTERNET**.  See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.     Full Name And Prisoner Number of Plaintiff:  NOTE:**  *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. ISAC LEE HUNTER PRO SE #19268

2. _____

-VS-

**B.     Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.  If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. HON-RUSSEL P. BUSCAGLIA     4. HON-BETTY-CALVO-TORRES
2. ATTORNEY, JACK SANCHEZ     5. SHERIFF-TIMOTHY B. HOWARD
3. ATTORNEY FRANKLIN PRATGUT6. MARK N. WIPPERMAN,
7.HON, DONNA M. SIWEK,     9. LT. RICKY LARK.
8.ROBERT E. QUINN,     10.POLICE, SEAN P. ZOLL,

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States.  This action is brought pursuant to 42 U.S.C. § 1983.  The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:**  *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: ISAC LEE HUNTER. 19268

Present Place of Confinement & Address: ERIE COUNTY HOLDING CENTER. JAIL 40 DELAWARE AVENUE BUFFALO, NEW YORK 14202-3999

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

_____

_____

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: HON- RUSSLEL P. BUSCAGLIA

(If applicable) Official Position of Defendant: JUDGE

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant: _____

_____

Name of Defendant: JACK SANCHEZ

(If applicable) Official Position of Defendant: ATTORNEY

(If applicable) Defendant is Sued in _____ Individual and/or ✓ Official Capacity

Address of Defendant: _____

_____

Name of Defendant: ATTORNEY FRANLIN PRAGETT

(If applicable) Official Position of Defendant: ATTORNEY

(If applicable) Defendant is Sued in _____ Individual and/or ✓ Official Capacity

Address of Defendant: _____

_____

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
      Yes X    No X

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:
      Plaintiff(s): ISAC HUNTER V.

      Defendant(s): CITY OF BUFFALO, ET AL LT. POLICE RICKY LARK, POLICE OFFICER SEAN P. ZOLL. AND OTHER UNKNOWN POLICE OFFICERS

2.    Court (if federal court, name the district; if state court, name the county): PRESENT: HON. DONNA M. SIWEK IN STATE OF NEW YORK SUPREME COURT

3.    Docket or Index Number: 2014-0057

4.    Name of Judge to whom case was assigned: HON. DONNA M. SIWEK.

ON MARCH-24, 2016 JEDDGH0N SIWEK DISMISS FOR FAILURE TO PROSECUTE BECAUSE I WAS INVOLATARY IN THE BUFFALO, PSYCHIATRIC CENTER, OF ERIE COUNTY MEDICAL CENTER

CONTINUE MORE THAN SIX
DEFENDANTS

7. HON. DONNA M. SIWEK
8. ROBERT E. QUINN,
9. POLICE OFFICER, LT. RICY LARK
10. POLICE OFFICER, SEAN P. ZOLL,
11. TIMOTHY A. BALL, CORPORATION
COUNSEL LAW DEPARTMENT 1100 CITY
HALL OF BUFFALO, NY 65 NIAGARA SQUARE 14202-3370
12. POLICE OFFICER MATTHEW GORCZYCA
13. POLICE OFFICER CASEY J. SLIMAK OF
CITY OF LACKAWANNA, COUNTY OF
ERIE STATE OF NEW YORK, POLICE

14. MID-HUDSON FORENSIC PSYCHIA-
TRIC CENTER, DIRECTOR JOSEPH FREEBERN
MD. KOUYOUMDJIAN VAHAN AND ANN MARIE T.
2834 ROUTE 17 M NEW HAMPTON, NY 10958-0158 SULLIVAN,
15 ERIE COUNTY HOLDING CENTER JAIL
PSYCHIATRIC FORENSIC UNIT DELTA.
40 DELAWARE AVENUE
BUFFALO, NEW YORK 14202-3999
16. ERIE COUNTY MEDICAL CENTER
HOSPITAL OFFICE OF MENTAL HEALTH
462 GRIDER STREET BUFFALO, NEW YORK 14215
MD. GUPPENBERER, MICHAEL AND
MD. GOKHALE, VINAYAK
MD. GHOSH, BISWARUP
MD. WALIA, IQBAL S
MD. WARREN, CALVERT
MD. BALAS, MARK
MD. YOGESH BAKHAI

CONTINUE MORE THAN SIX
DEFENDANTS

17. THE BUFFALO PSYCHIATRIC
CENTER HOSPITAL, CLINICAL,
DR. JREFFRY GRACE, DIRECTOR
400 FOREST AVENUE
BUFFALO, NEW YORK 14213


18. ROCHESTER, N.Y FORENSIC PSYCHIA-
TRIC CENTER HOSPITAL.
MD. ADELAJA, ABIOLA
1111 ELMWOOD AVENUE
ROCHESTER, NEW YORK 14620

did the following to me (briefly state what each defendant named above did): HON RUSSELL P BUSCAGLIA, DELIBERATE DEPRIVED ME OF CONSTITION RIGHTS DUE PROCESS AND RELIGION EQUAL PROTECTION, ACCESS TO COURTS, FALSE ARREST, EXCESSIVE FORCE, MALICIOUS PROSECUTION, DENIAL OF MEDIAL TREATMENT, SEARCH & SEIZURE, RIGHT TO COUNSEL, FREE FROM RETALIATION, AND HARRASSMENT

The constitutional basis for this claim under 42 U.S.C. § 1983 is: MALICIOUS PROSEC UTION, DENIAL OF MEDIAL TREATMENT

The relief I am seeking for this claim is (briefly state the relief sought): 10 MILLION DOLLARS MONEY FOR MALICIOUS PROSECTION AN EXCESSIVE FORCE & DENIAL OF MEDIAL TREATMENT

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ✓ Yes _____ No   If yes, what was the result? NOTHING HE SAY I COULD NOT APPEAL OR GRIEVE

Did you appeal that decision? ✓ Yes _____ No   If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

CORPORATION COUNSEL TIMOTHY A BALL. AND
If you did not exhaust your administrative remedies, state why you did not do so.
CORPORATION COUNSEL ORDER THE BUFFAL POLICE
TO BREAK MY DOOR DOWN IN RETALIATON
AFTER COURT SUPREME TOLD ROBERT E. QUINN, TO

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

MAKE ARAIMENT TO PAY ME FOR MY VEHICLES
BUFFALO POLICE   **6. RELIEF SOUGHT**   CONFISCATED AND SOL

*Summarize the relief requested by you in each statement of claim above.*

T. THE SEID PRO SE ISAC LEE HUNTER REQUEST
RELIEF JUST PAYMENT OR COMPENSATION FOR
2006 DODGE DURAANGO & 2004 JEEP GRAND CHERO-
KEE THAT THE BUFFALO POLICE STOLEN SEIZURED
WITHOUT A PROBABLE CAUSE SOLD SOME
RIDEING AROUND IN 2006 DODGE DURANGO 4X4 DRIVE

Do you want a jury trial? Yes ✓ No _____

**A. FIRST CLAIM:** On (date of the incident) _____

defendant (give the **name and position held** of **each defendant** involved in this incident) JACK SANCHEZ, ATTORNEY, AND ATTORNEY FRANKLIN PRAGETT

did the following to me (briefly state what each defendant named above did): THE TWO (2.) ATTORNEY VISTED ME ON THE 12-20-2017 AND TALKED TO ABOUT THE WRONG DOING OF BUFFALO, N.Y. SELLING MY (4) FOUR WHEELS DRIVE VEHICLES AND THEY WRRE GOING TO FILE A LAW SUIT T GET ME MY MONEY BACK, WHEN I GET OUT OF JAIL THEY DELIBERATE MISLEAD ME TO ACEPT A UNWANTED PLEA DEAL THE NEXT DAY 12-21-2017

The constitutional basis for this claim under 42 U.S.C. § 1983 is: FAILURE TO PROTECT RIGHT RIGHT TO COUNSEL, DUE PROCESS, RELIGION

The relief I am seeking for this claim is (briefly state the relief sought): 1, 000000  1 MILLION DOLLARS

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ✓ Yes _____ No  If yes, what was the result? IT WAS LOOKED OVER AND NOTHING WAS DONE.

Did you appeal that decision? _____ Yes ✓ No  If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: JUDGE HON. RUSSELL BUSCAGLIA, SEID I GOTT-CHA AND I COULD NOT APPEAL THE DECISION.

**A. SECOND CLAIM:** On (date of the incident) 12-15-2017

defendant (give the **name and position held** of **each defendant** involved in this incident) HON. RUSSELL RUSSELL, AFTER I HAD BEEN FOUND COMPETENT TO STAND JURY TRIAL BY TWO OF THIERS OWN PSYCHIATRIC. SET A JURY SELECTION FOR 1-18-2018 BUT BROUGHT ME IN ON 12-21-2017 MISLEAD ME TO ACCEPT A PLEA DEAL.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _DECEMBER-26-2016_
(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

PRO SE ISAC LEE HUNTER,
PRO SE _Isac Lee Hunter,_

Signature(s) of Plaintiff(s)

7

Pro Se Litigation Guidelines                                              Dec. 2015

The Notice of Motion is addressed to your opponent and should look like the example below.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK


Your Name, ISAC LEE HUNTER

                          Plaintiff,                    **NOTICE OF MOTION**

                          v.                            _____ -CV-_____

HON. RUSSEL P. BUSCAGLIA.
ATTORNEY JACK SANCHEZ ,
ATTORNEY FRANKLIN PRAGETT
HON BETTY CALVO-TORRES,

                          Defendant(s).


**PLEASE TAKE NOTICE**, that the undersigned will bring a motion *(state here, briefly, what you are asking the Court to do in your motion)*




before this Court on  a date and time which will be provided by the Court later.

                              ISAC LEE HUNTER.
                          _____
                              *(Signature of the moving party)*

                          _____
                          _____
                          _____

          _____
                          *(Print the name and address of the moving party)*

          ERIE COUNTY HOLDING CENTER
          JAIL

United States District Court, Western District of New York                Page 12

Revised 05/01 WDNY

# AUTHORIZATION

## PRISONER'S CIVIL ACTION FILING FEE
## WESTERN DISTRICT OF NEW YORK

I, (print name) **PRO-SE ISAC LEE HUNTER #19268**, request and
authorize the agency holding me in custody, to send to the Clerk of the United States District
Court, Western District of New York, a certified copy of the statement for the past six months
of my trust fund account (or institutional equivalent) at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse
funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C.
§ 1915 (b), to deduct those amounts from my prison trust account (or institutional equivalent),
and to disburse those amounts from my account to the United States District Court for the
Western District of New York.

> *This Authorization shall apply to any other agency into whose custody I may be
> transferred, and to any other district court to which my case may be transferred
> and by which my poor person application may be decided.*

This Authorization is furnished in connection with the commencement of a federal court civil
action, and I understand that I must pay the total amount of the filing fee, which is **$350.00**. **AND**
**FOR PETITION FOR A WRIT OF HABEAS CORPUS-$350.00**
I understand that by signing this authorization, the entire filing fee of
**$350.00** will be paid to the court in installments by automatic deductions
from my prison trust fund account <u>even if my case is dismissed before the
entire amount of the fee has been deducted from my account.</u>

Dated: <u>DECEMBER-22</u>, 20<u>17</u>

**PRO-SE** <u>Isac Lee Hunter</u>
Signature of prisoner

**PRO-SE** <u>ISAC LEE HUNTER</u>
Printed name of prisoner

<u>19268</u>
Inmate number of prisoner

## DISTRICT COURT SCHEDULE OF FEES

| Category | Fee |
| --- | --- |
| Civil Case Filing (Prisoner & Non-prisoner) | $400.00 |
| Civil Case Filing (IFP Petitions) | 350.00 |
| Document Filing/Indexing;<br>Miscellaneous Civil Filing;<br>Registration of Judgment from another district;<br>Registration of Foreign Judgment;<br>Motion to Quash Grand Jury Subpoena; and<br>Power of Attorney | 46.00 |
| Writ of Habeas Corpus | 5.00 |
| Notice of Appeal<br>Appellate Docketing Fee | 5.00<br>500.00 |
| For an appeal to a district judge from a judgment of conviction by a magistrate in a misdemeanor or petty offense case | 37.00 |
| Certificate of Search | 30.00 |
| Certification of any document; and<br>Transcript of Judgment | 11.00 |
| Exemplification of any document (including apostilles) | 21.00 |
| Reproduction of each magnetic tape recording | 30.00 |
| Retrieval of one box of records from Federal Records Center National Archives<br>Each additional box requested | 64.00<br>39.00 |
| For any payment which is returned or denied for insufficient funds | 53.00 |
| Reproduction per page of any record or paper | .50 |
| For each microfiche sheet or film or microfilm jacket copy of any court record | 6.00 |
| Admission of Attorneys to Practice<br>District Court Fund  (1:93-DF-1) | 200.00 |
| Pro Hac Vice | 150.00 |
| Duplicate Certificate of Admission or Certificate of Good Standing | 18.00 |
| Crime Victims Fund - Payment of special penalty assessments, fines, interest, cost of incarceration, bail forfeiture    (Effective 07/15/96) | |
| Penalties | |
| Deposit Fund - Restitution in Criminal Cases and overpayments | |
| Registry Fund - Interpleader monies, bail bonds, passports, etc.<br>Contested monies subject to court order & Bonds for Orders to Show Cause | |
| Registry Fee Handling Charge - 10% of interest earned | |

ISAC LEE HUNTER #19268
ERIE COUNTY HOLDING CENTER
40 DELAWARE AVENUE DELTA N.E. CELL #80 PM #18
BUFFALO, NY 14202-3999

TO→ CLERK of THE COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
2 NIAGARA SQUARE
BUFFALO, NEW YORK 14202

#1 OF 3. ENVELOPES,